JAMES A. POLT
*Name*
645 G. Street
STE. 100 #765
Anchorage, Alaska. 99501
*Mailing address*
000-0000
*Telephone*

PRO Per Plaintiff

RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT,

    Plaintiff,

vs.

UNITED STATES,

STATE OF ALASKA,

CITY OF ANCHORAGE, ALASKA,

    Defendants.

Case No. 3:06-CV-00092-JWS

COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. §2000bb

**Jurisdiction.**

Jurisdiction is invoked under 28 U.S.C. § 1346

1. **Plaintiff**: This complaint alleges that the Civil Rights of **JAMES A. POLT**

Who presently resides at **645 G. STREET STE. 100 #765 ANCHORAGE, ALASKA. 99501** were
(Mailing address)
violated by the actions of the below named Governmental entities

At: UNITED STATES.
    STATE OF ALASKA.
    CITY OF ANCHORAGE, ALASKA.                    on the following dates **1965 – PRESENT.**

2. **Defendants:**

Defendant No. 1,    UNITED STATES.

Defendant No. 2,    STATE OF ALASKA.

Defendant No. 3,    CITY OF ANCHORAGE, ALASKA.

# United States District Court
## District of "Alaska"

**Claim 1:** The following Civil Right has been violated.

Freedom of Religion - Religious freedom(s)

---

**Supporting Facts:**

I love the U.S Government and I love my country. This action is not intended to resist or fight against the Government I love. Knowing that,

The plaintiff in this case claims. That by enacting laws Restricting the use of Marijuana - (A herb bearing seed). The Federal Government of the United States. And State and Local governments of the United States. Are denying me the Right to freely use Marijuana - (a herb bearing seed). This being something the Creator has provided for meat (sustenance). For Living Creatures on Earth. Ye Living Beings, I myself being one.

I am Religious and I believe in the contents of the Holy Bible. In my opinion the intentions of the Creator is clear concerning Marijuana - (a herb bearing seed).
Supporting facts are found in Genesis 1:11, 1:12, 1:29 and 1:30.
(A King James Version copy of page 1 of the Holy Bible is attached with this complaint.)

**For Relief:**

I ask the Court to issue an order Repealing all Laws in the United States which Restrict the use of Marijuana./And-Or. To Restore my personal right granted to me through my Religious belief, to freely use what my Creator has given to me for my sustenance and well being. Amen. And if the Later is granted, I will use Marijuana for my personal use in a inconspicuous manner.

Signed in Sincerity, In my own hand.
This 24th day of April. 2006.   James A. Pitt, 4-24-2006.

# THE FIRST BOOK OF MOSES, CALLED
# Genesis

**1** IN the beginning God created the heaven and the earth.

2 And the earth was without form, and void; and darkness was upon the face of the deep. And the Spirit of God moved upon the face of the waters.

3 And God said, Let there be light: and there was light.

4 And God saw the light, that it was good: and God divided the light from the darkness.

5 And God called the light Day, and the darkness he called Night. And the evening and the morning were the first day.

6 ¶ And God said, Let there be a firmament in the midst of the waters, and let it divide the waters from the waters.

7 And God made the firmament, and divided the waters which were under the firmament from the waters which were above the firmament: and it was so.

8 And God called the firmament Heaven. And the evening and the morning were the second day.

9 ¶ And God said, Let the waters under the heaven be gathered together unto one place, and let the dry land appear: and it was so.

10 And God called the dry land Earth; and the gathering together of the waters called he Seas: and God saw that it was good.

11 And God said, Let the earth bring forth grass, the herb yielding seed, and the fruit tree yielding fruit after his kind, whose seed is in itself, upon the earth: and it was so.

12 And the earth brought forth grass, and herb yielding seed after his kind, and the tree yielding fruit, whose seed was in itself, after his kind: and God saw that it was good.

13 And the evening and the morning were the third day.

14 ¶ And God said, Let there be lights in the firmament of the heaven to divide the day from the night; and let them be for signs, and for seasons, and for days, and years:

15 And let them be for lights in the firmament of the heaven to give light upon the earth: and it was so.

16 And God made two great lights; the greater light to rule the day, and the lesser light to rule the night: he made the stars also.

17 And God set them in the firmament of the heaven to give light upon the earth,

18 And to rule over the day and over the night, and to divide the light from the darkness: and God saw that it was good.

19 And the evening and the morning were the fourth day.

20 And God said, Let the waters bring forth abundantly the moving creature that hath life, and fowl that may fly above the earth in the open firmament of heaven.

21 And God created great whales, and every living creature that moveth, which the waters brought forth abundantly, after their kind, and every winged fowl after his kind: and God saw that it was good.

22 And God blessed them, saying, Be fruitful, and multiply, and fill the waters in the seas, and let fowl multiply in the earth.

23 And the evening and the morning were the fifth day.

24 ¶ And God said, Let the earth bring forth the living creature after his kind, cattle, and creeping thing, and beast of the earth after his kind: and it was so.

25 And God made the beast of the earth after his kind, and cattle after their kind, and every thing that creepeth upon the earth after his kind: and God saw that it was good.

26 ¶ And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth.

27 So God created man in his own image, in the image of God created he him; male and female created he them.

28 And God blessed them, and God said unto them, Be fruitful, and multiply, and replenish the earth, and subdue it: and have dominion over the fish of the sea, and over the fowl of the air, and over every living thing that moveth upon the earth.

29 ¶ And God said, Behold, I have given you every herb bearing seed, which is upon the face of all the earth, and every tree, in the which is the fruit of a tree yielding seed; to you it shall be for meat.

30 And to every beast of the earth, and to every fowl of the air, and to every thing that creepeth upon the earth, wherein there is life, I have given every green herb for meat: and it was so.

31 And God saw every thing that he had made, and, behold, it was very good. And the evening and the morning were the sixth day.

**2** THUS the heavens and the earth were finished, and all the host of them.

2 And on the seventh day God ended his work which he had made; and he rested on the seventh day from all his work which he had made.

3 And God blessed the seventh day, and sanctified it: because that in it he had rested from all his work which God created and made.

4 ¶ These are the generations of the heavens and of the earth when they were created, in the day that the LORD God made the earth and the heavens,

5 And every plant of the field before it was in the earth, and every herb of the field before it grew: for the LORD God had not caused it to rain upon the earth, and there was not a man to till the ground.

6 But there went up a mist from the earth, and watered the whole face of the ground.

7 And the LORD God formed man of the dust of

Plaintiff demands a trial by ____ Jury __X__ Court

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above Civil Rights Complaint and that the information contained in the complaint is true and correct.

_____James A. Polt_____
Plaintiff's Original Signature

JAMES (ANDREW) A. POLT
Plaintiff's Full Name

Executed at  United States District Court
For the District of Alaska
222 W. 7th Avenue #4
Anchorage, Alaska, 99513-7564
(Location)

ON  4-24-2006
(Date)

_James A. Polt_ "PRO SE"    4-24-2006
---
Original Signature of Attorney (If any)    (Date)

645 G. Street

STE. 100 # 765
Anchorage, Alaska. 99501

000-0000
Attorneys Address and telephone Number