Name: James A. Polt
645 G. Street
STE. 100 #765
Address: Anchorage, AK. 99501

Telephone number

RECEIVED
MAY 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

JAMES A. POLT,

Plaintiff/Petitioner,

vs.

UNITED STATES, ET AL.,

Defendant/Respondent.

Case No. 3:06-CV-92

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff/petitioner no longer wishes to prosecute the above-entitled action, and hereby moves to voluntarily dismiss this case without prejudice.

Dated: 5-4-2006

Signature: James A. Polt

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Court Judge

PS09 (2/98)                                        Voluntary Dismissal