**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

```
JAMES A. POLT,
          Plaintiff,
                                          Case Number 3:06-cv-00092-JWS
v.

UNITED STATES OF AMERICA,
et al.,
          Defendants.              JUDGMENT IN A CIVIL CASE
```

___   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT**.  The plaintiff has moved for a voluntary dismissal, without prejudice.

          IT IS ORDERED AND ADJUDGED:

          THAT this action is DISMISSED without prejudice.

APPROVED:


/s/JOHN W. SEDWICK
United States District Judge

Date: May 8, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

/s/IDA ROMACK
Ida Romack, Clerk of Court

[polt judgment.wpd]{JMT2.WPT*Rev.3/03}