# United States District Court
## District of "ALASKA"

James A. Polt
645 G. Street
STE. 100 # 765
Anchorage, Alaska. 99501

JAMES ANDREW POLT

VS.

UNITED STATES, ET AL.

CASE NO: 3:06-CV-00092 JWS

RECEIVED MAY 10 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA

RELEASED MAY 4, 2006. CLERK FOR JAMES A. POLT

## Explanatory Exit Note to the Court in this Case

I James Andrew Polt, The plaintiff in this case, Fully assert and hold to this, claims validity, despite "Minor" deficiencys in the complaint. But I choose Not to Further pursue this claim at this time For the Following Reasons. <u>One.</u> I feel that the United States government Saved my phisical life. I have Severe medical problems and I can not Survive without SSI, Disability and APA—(Thank you! State of Alaska). I am one of those Rare persons who has <u>allways</u> Respected the government. But when the State and Federal governments Stepped up when I needed them the most. I have grown to Love and Respect the Government even more. It doesn't feel Right to me to go against the government that phisically Supports me in an action against said government in a Court of Law.
  I wish that their was a "Friendlier" mediationatory process in which to obtain a Religious Marijuana exception. which is the purpose in which I Filed this complaint. And if there is, please, Let me know.

* I practice my individual Right to Religion. I am no Champion For "others" Rights, Nor do I want to be.
* There are <u>Two</u>. or <u>Three</u>. or <u>Four</u>. elements in Society that give Marijuana a Bad Name. The <u>Criminal</u> who use Marijuana For their own gain through illeagal distribution. And the <u>Defiant</u>, who Blow Marijuana in the good Citizens Face. These are Two Elements which I have chosen to disassociate Myself with in my pursuit of Legal Religious Marijuana use.
* The Local, State and Federal Governments are <u>not</u> Harsh on occassional Marijuana Users. In my view they have alot of Compassion, tolerance and understanding, Regarding this tricky Subject.

{ Maybe One day. In a perfect world. A fair Balance can be struck. which Accomodates the government, the people, and individuals as Myself who assert a Religious Right to use Marijuana.

Until that day. ("I thank my Lucky Stars. For the Stars and the Bars".) — James a. Polt -2006- }

_____ / 5-3-2006
JAMES ANDREW POLT          Dated

† This form printed on Re-Purposed Paper